IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **Johnny Davis, # 192259,** | ) | C/A No.  2:05-0016-CMC-RSC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| | ) | |
| **Collie Rushton; Warden,** | ) | |
| **McCormick Correctional** | ) | |
| **Institution (McCl); South** | ) | |
| **Carlina Department of** | ) | |
| **Corrections; State of South** | ) | |
| **Carolina; and Henry McMaster,** | ) | |
| **Attorney General for South** | ) | |
| **Carolina,** | ) | |
| Respondents. | ) | |
| _____ | ) | |

This action is before the court pursuant to a petition for *writ of habeas corpus* under

28 U.S.C. § 2254.  The *pro se* Petitioner is an inmate at McCormick Correctional Institution

of the South Carolina Department of Corrections where he is serving concurrent terms of 20

years for arson, life imprisonment for burglary, and 10 years each on six counts of assault

with intent to kill.   Respondents filed their return and a motion for summary judgment.

Petitioner filed a response in opposition to the motion for summary judgment.

In accordance with the court's order of reference and 28 U.S.C. § 636(b), this matter

comes before the court with the Report and Recommendation of United States Magistrate

Judge Robert S. Carr.  The court is charged with making a *de novo* determination of any

portion of the Report and Recommendation of the Magistrate Judge to which a specific

objection is made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b).

Based on his review of the record, the Magistrate Judge recommended that Respondents' motion for summary judgment be granted because the Petition is untimely.  The Magistrate Judge advised Petitioner of his right to file objections to the Report and the possible consequences if he failed to do so.  Petitioner filed a motion for an enlargement of time within which to file objections together with his objections on September 23, 2005.  The court has considered the objections.

The court has carefully reviewed the Petition, the motion and response, the record, the applicable law, the Report and Recommendation of the Magistrate Judge, and the objections by Petitioner, and finds that Petitioner's objections are without merit.  The court agrees with the recommendation of the Magistrate Judge.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated in full by reference.  Therefore, Respondents' motion for summary judgment is **GRANTED** and the Petition is **DISMISSED** *with prejudice* as untimely.

**IT IS SO ORDERED**.


s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 4, 2005

C:\temp\notesE1EF34\~1880866.wpd

2